FILED by ___ D.C.
ELECTRONIC

**MAR. 19, 2010**

STEVEN M. LARIMORE
CLERK  U.S.  DIST.  CT.
S.D.  OF  FLA. - MIAMI

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

CASE NO. :

CHARLES KIRSCHBAUM,

Petitioner,

**10-80406-CV-Hurley/Hopkins**

vs.

SAFECO INSURANCE COMPANY OF
AMERICA,

Respondent.

_____/

## <u>NOTICE OF REMOVAL</u>

Defendant, SAFECO Insurance Company of America, a Washington State corporation doing business in the State of Florida, hereby files its notice of the removal of that certain cause of action now pending in the in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, being styled *CHARLES KIRSHBAUM vs. SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation*, Case No. 50-2010-CA-000532, stating as follows:

1.      SAFECO Insurance Company of America is a Washington State corporation doing business in the State of Florida, and SAFECO Insurance Company of America is a Defendant in the above-styled cause.

2.      This action was commenced in the in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, and service of process was effected on SAFECO Insurance Company of America on or about March 4, 2010.

3.      This is a civil action brought by Plaintiff, Charles Kirschbaum, citizen and resident of Palm Beach County, Florida, seeking to recover damages in excess of $15,000, plus interest, costs, and attorney's fees under a contract for insurance issued by SAFECO Insurance Company of America to Charles Kirschbaum.  According to the Complaint, Charles Kirschbaum seeks payment of repairs to her home, presumably up to the policy limits, which would exceed $180,000.

4.      At the time when the suit was instituted and at all times material to this action, Charles Kirschbaum was and presumably is a resident of Florida, residing at 9612 Honeybell Circle, Boynton Beach, Florida.  At the time when this action was commenced and at the present time and at all times materials to this action, SAFECO Insurance Company of America was and is a corporation organized and existing under the laws of the State of Washington having its principal place of business in Washington. Complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

5.      The matter in controversy herein exceeds the sum of $180,000, exclusive of interest and costs.  This fact is demonstrated by Charles Kirschbaum's demand for damages to her home.

6.      Copies of all process, pleadings and orders served upon SAFECO Insurance Company of America, and such other papers or exhibits as are required by Local Rules of Court, are filed herein, with the exception of discovery served with the Complaint.

WHEREFORE, Defendant, SAFECO Insurance Company of America, prays that this Honorable Court exercise jurisdiction over this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via regular U.S. Mail on the _16th_ day of March 2010, to: James C. Ligman, Esquire, Ligman Martin, P.L., Palmetto Bay Centre, 15715 South Dixie Highway, Miami, Florida 33157.

Lisa M. Bernardini, Esquire
Florida Bar No. 0813052
Email: lbernardini@rocklawpa.com
THE ROCK LAW GROUP, P.A.
1760 Fennell Street
Maitland, FL 32751
Telephone: (407) 647-9881
Telecopier: (407) 647-9966
Attorneys for Defendant,
SAFECO Insurance Company of America

LMB/rdd

**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services

10-13002

CHARLES KIRSCHBAUM

PLAINTIFF(S).

VS.

SAFECO INSURANCE COMPANY OF AMERICA

DEFENDANT(S).

_____

CIVIL ACTION SUMMONS, PETITION FOR DECLARATORY RELIEF,
EXHIBIT, DISCOVERY

CASE #:    50 2010 CA 000532 XXXXMB AE
COURT:    CIRCUIT COURT
COUNTY:  PALM BEACH
DFS-SOP#: 10-13002

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial
Officer of the State of Florida. Said process was received in my office by MAIL on the 1st day
of March, 2010 and a copy was forwarded by Electronic Delivery on the 4th day of March, 2010
to the designated agent for the named entity as shown below.

SAFECO INSURANCE COMPANY OF AMERICA
LYNETTE COLEMAN   (gbarber@cscinfo.com)
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301

* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any
subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Alex Sink

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court

JAMES C. LIGMAN, ESQUIRE
SUITE 323
15715 S. DIXIE HIGHWAY
MIAMI FL 33157

AJ1

Division of Legal Services - Service of Process Section
200 East Gaines Street · P.O. Box 6200 · Tallahassee, Florida 32314-6200 · (850) 414-4200 · Fax (850) 922-2544

IN THE CIRCUIT COURT OF THE
15th JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NUMBER: __ __ _____

CHARLES KIRSCHBAUM

**50 2010 CA 000532 XXXX**

Petitioner,

vs.

SAFECO INSURANCE COMPANY
OF AMERICA

Respondent.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint or Petition in this action on Defendant:

## SAFECO INSURANCE COMPANY OF AMERICA

By serving: Department of Insurance & Treasurer
Service of Process
Revenue Process Section
P.O. Box 6200
Tallahassee, FL 32314-6200

Each Defendant is required to serve written defenses to the Complaint or Petition on
Plaintiff's attorney, to wit:

JAMES C. LIGMAN, ESQUIRE

whose address is:     15715 S. Dixie Highway
Suite 323
Miami Fl 33157
(305) 255-1144 ext. 102

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DATED ON _____ , 2010.

JAN 29 2010

Sharon R. Bock,
as Clerk of said Court

BY: _____
as Deputy Clerk

NAKIA ULYSSE



SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach,
33402-4667          Florida

IN THE CIRCUIT COURT OF THE
15th JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NUMBER:

CHARLES KIRSCHBAUM

**50 2010 CA 000 532 XXXX**

Petitioner,

vs.

SAFECO INSURANCE COMPANY
OF AMERICA

Respondent.

**PETITION FOR
DECLARATORY RELIEF**

RECEIVED FOR FILING
JAN 25 2010
SHARON H. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

The Petitioner, CHARLES KIRSCHBAUM by and through his undersigned

attorney, files this Declaratory Action pursuant to the insurance contract, and states.

1.     This is an action for declaratory judgment to determine coverage under an

insurance policy which is within the jurisdiction of this Court.

2.     At all times material hereto, Petitioner was and is a resident of Palm Beach

County, Florida and otherwise sui juris.

3.     The Respondent is a Florida insurance corporation doing business in Palm

Beach County, Florida.

4.     At all times material hereto, in consideration of premiums paid by

Petitioner, there was in full force and effect certain insurance policy being policy number

OF1671204.

5.     That a copy of the insurance policy is not in the possession of the

Petitioner, however, it is believed that said policy is in the possession of the Respondent

and will be filed with the Court once obtained through discovery. (See attached declaration of coverage marked as Exhibit "A")

6.     Under the terms of the policy. Respondent insured Petitioner against certain losses to Petitioner's property located at 9612 Honeybell Circle. Boynton Beach, Florida.

7.     On or about October 24, 2005, while the Policy was in full force and effect, the Petitioner suffered a covered loss to the dwelling as a result of damages caused by Hurricane Wilma.

8.     Respondent assigned claim # 377493682007 to the loss.

9.     Under the terms of the Policy. Respondent is liable to Petitioner for the total amount (within the policy limits) of the loss.

10.    Respondent believes that the loss is not covered based upon its interpretation of the policy, as it relates to the facts of the subject loss (See policy language quoted in the attached denial of coverage letter dated September 22, 2009 and marked as Exhibit "B").

11.    Petitioner believes that the loss is a covered occurrence within the terms of the policy and that the Respondent has breached the insurance contract.

12.    Subsequent to Respondents denial of coverage. Respondent sent a letter dated December 3, 2009, and demanded appraisal of the loss (See attached letter dated December 3, 2009 and marked as Exhibit "C"). The Petitioner is not interested in attending appraisal due to the manner in which the claim was adjusted and seek the right to file suit for breach of contract. However, the insurance policy contains a "no suit"

clause and the Petitioner requires the Courts assistance to determine whether the Respondent has waived this clause.

13.     Petitioner is in doubt or is uncertain as to the existence or non-existence of certain policy rights and entitlement to coverage under the policy and have an actual, practical and present need for a declaration by the court. See *Higgins v. State Farm Fire and Casualty Company*, 894 So.2d 5 (Fla. 2004).

14.     As a direct and proximate result of the foregoing conflicting positions of the parties, there is an actual bona-fide controversy between the parties which requires judicial interpretation as to whether there has been a covered loss, and accordingly, Petitioner seeks a declaration as to Petitioner's rights relative to coverage of the loss.

15.     In essence, the purpose of this declaratory decree action is to obtain a judicial interpretation of the policy, as it relates to the facts involved herein, that determines that there has been a covered loss. Without such a declaratory decree, Petitioner is unable to obtain insurance benefits under the policy.

16.     All conditions precedent to the filing of this action have been complied with, met or otherwise waived.

17.     Petitioner has been obligated to engage the undersigned attorney for the prosecution of this action and is entitled to a reasonable attorney's fee and costs pursuant to F.S. Sec. 627.428.

## DEMAND FOR TRIAL BY JURY

The Petitioner demands a trial by jury of all issues so triable.

WHERETORE, the Petitioner requests this honorable court for a declaratory

judgment as follows:

1. to declare that there has been a covered loss under the policy;

2. to declare that the Petitioner does not have to attend appraisal due to the Respondents denial of coverage, thereby waiving the appraisal clause;

3. to declare that the "no suits" clause has been waived by the Respondent and the Petitioner can freely amend the declaratory action with a count for breach of contract.

4. to award reasonable attorney's fee and costs under Florida Statute § 627.428;

5. to order such further relief as deemed necessary.

Dated: January 5, 2010.

LIGMAN MARTIN, P.L.
*Palmetto Bay Centre*
15715 South Dixie Highway
Suite 323
Miami, FL 33157
Direct Line:   305-255-1144 x 102
Fax :          305-256-9638

By:  **JAMES C. LIGMAN**
Florida Bar No. 165155



**SAFECO INSURANCE COMPANY OF AMERICA**
P O BOX 461, ST LOUIS, MO 63166

WEEKES & CALLAWAY IAC
777 E ATLANTIC AVE SE 300
DELRAY BEACH  FL  33483-5352

JANUARY 9, 2005

**POLICY NUMBER:** OF1671204

**AGENT TELEPHONE:**
(561) 278-0448

CHARLES & PHYLLIS KIRSCHBAUM
9612 HONEYBELL CIR
BOYNTON BEACH FL 33437-5472

1.dll..ll.l.l.l.ll.l..l.l.l.l.l.l.l.ll.l.l.l.ll..ll.l.ll.l.l

Thank you for allowing us to serve your home insurance needs   We appreciate your business and
the trust that you have placed in us   We would like to remind you that it is now time to renew your
Quality-Plus Homeowners policy.

This renewal reflects adjustments in coverage limits based on a careful assessment of your
home's replacement value   These adjustments have been made in view of changing costs of
building materials and labor

With this renewal, we changed your policy as follows

- Your Dwelling Limits (Coverage A) changed from $169,000 to $180,000   Other coverage limits
  listed below also changed since they are factors of your dwelling limits
- Other Structure Limits (Coverage B) changed from $16,900 to $18,000
- Personal Property Limits (Coverage C) changed from $118,300 to $126,000
- Sinkhole Coverage is changed.

Your new policy period begins February 27, 2005.

The renewal premium for this policy is $1,174 57   The billing for this amount will be explained on
the next statement for your checkless account number 7114-1671204.

We value your timely payment   Late payments, dishonored checks, and insufficient bank funds
mean additional administrative costs   Effective February 28, 2004 we will charge a late fee and a
returned bank item fee to help offset the extra processing costs associated with late and returned
items

Your billing statement provides further details of the new fees and of the billing plans available to
you   You can avoid late payments with the checkless payment plan, which offers the
convenience of monthly deductions that can be scheduled any day of the month you like



EXHIBIT

A

PLEASE SEE REVERSE

**For self-service options visit www.safeco.com or call 1-800-332-3226.  You can pay your bill
(online check, credit/debit cards) or use other account services.  For assistance please call your
agent.  To report a claim call 1-800-332-3226.**





## SAFECO INSURANCE COMPANY OF AMERICA
Home Office 4333 Brooklyn Ave. N.E. Seattle, Washington 98185 (A stock insurance company)

### QUALITY-PLUS HOMEOWNERS POLICY DECLARATIONS

**INSURED:**
CHARLES & PHYLLIS KIRSCHBAUM
9612 HONEYBELL CIR
BOYNTON BEACH FL 33437-5472

**POLICY NUMBER:** OF1671204
**POLICY PERIOD FROM:** FEB. 27 2005
**AT:** 12:01 A.M.
**TO** FEB. 27 2006

**AGENT:**
HEEKES & CALLAWAY INC
777 E ATLANTIC AVE S# 300
DELRAY BEACH     FL     33483-5352

**RESIDENCE PREMISES:**
Same

AGENT TELEPHONE: (561) 278-0448

**IMPORTANT NOTICES**

- Your policy has renewed effective February 27, 2005.

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| SECTION I - PROPERTY COVERAGES | | |
| A - Dwelling | $  180,000 | $   958.00 |
| B - Other Structures | 18,000 | |
| C - Personal Property | 126,000 | |
| D - Loss of Use | 12 MONTHS | |
| SECTION II - LIABILITY COVERAGES | | |
| E - Personal Liability (each occurrence) | 300,000 | 18.00 |
| F - Medical Payments (each person) | 1,000 | |
| INCLUDED COVERAGES | | |
| Full Value on Personal Property | | Included |
| Extended Dwelling Coverage-25% of Cov A Limit | | Included |
| Sinkhole Coverage | 180,000 | Included |
| Mold Coverage | 10,000 | Included |

| OPTIONS | LIMIT | PREMIUM |
|---|---|---|
| Option E - Scheduled Personal Property | $   13,701 | $   153.00 |
| Option FFF - Loss Assessment | 10,000 | 10.00 |

| CREDITS | PERCENTAGE | SAVINGS |
|---|---|---|
| Renewal Credit | 3% | $    -29.00 |
| Building Code Effectiveness Grading | 4% | -38.00 |
| Burglar Alarm Credit | 10% | -96.00 |

| DEDUCTIBLE(S) | PERCENTAGE | AMOUNT | |
|---|---|---|---|
| Section I, except as noted below | N/A | $      500 | |
| Hurricane Deductible | 2% | 3,600 | |

| | TOTAL PREMIUM | $    976.00 |
|---|---|---|

| FLORIDA STATE LAW FUND AND ASSESSMENT SURCHARGES | PREMIUM |
|---|---|
| Emergency Management Preparedness Fund | $      2.00 |
| Florida Hurricane Catastrophe Fund | 196.57 |

| | TOTAL PREMIUM AND SURCHARGES | $   1,174.57 |
|---|---|---|



**SAFECO INSURANCE COMPANY OF AMERICA**
**QUALITY-PLUS HOMEOWNERS POLICY DECLARATIONS**

CONTINUED                    POLICY NUMBER: OF1671204

**INSURABLE INTERESTS**

SERVICING MORTGAGEE
    WASHINGTON MUTUAL BANK, FA
    ITS SUCCESSORS &/OR ASSIGNS
    PO BOX 702805
    DALLAS TX  75370
    LOAN NUMBER:  061865214



**QUALITY-PLUS**
**HOMEOWNERS POLICY DECLARATIONS**          **POLICY NUMBER: OF1671204**

## SUPPLEMENTAL DECLARATIONS

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

This notice is required by Florida Statute 627.701

The following information is being provided at the request of the Florida Department of Insurance. This is intended to inform you about the amount of your policy premium being allocated to provide insurance protection for your property against hurricane losses:

          PREMIUM FOR HURRICANE PERIL:     $469.00
          PREMIUM FOR ALL OTHER PERILS:    $507.00

The Florida Building Code Effectiveness Grading Schedule Program (BCEGS) provides for a premium adjustment, depending upon the manner in which building code enforcement in a particular jurisdiction addresses the risk of wind damage.

The premium adjustment for your dwelling is shown on the attached declarations page.

The Florida Insurance Department mandates a 1% surcharge to the insurance premium applied to dwellings located in communities which decline to participate in the Building Code Effectiveness Grading Schedule Program.

Dwellings in your community which receive the highest building code grading are eligible for a maximum credit of 8%.

If you have any questions, please contact your SAFECO agent.
WIND RESISTIVE FEATURES CREDIT

Actual Wind Resistive Features Credit given $0.00

Maximum Wind Resistive Features Credit available 68.4%
Minimum Wind Resistive Features Credit available 0.0%



DATE PREPARED: JAN.  9 2006

**SCHEDULED PERSONAL PROPERTY ENDORSEMENT**    **POLICY NUMBER: OF1671204**

NAMED INSURED: CHARLES & PHYLLIS KIRSCHBAUM

## IMPORTANT NOTICE — LOSS SETTLEMENT

**FINE ARTS AND CATEGORY V JEWELRY**: We will pay the amount shown for each scheduled article which is agreed, as stated on this endorsement, to be the value of the article.

**ALL OTHER PROPERTY AND CATEGORY J JEWELRY**: The value of the property insured is not agreed upon but shall be ascertained at the time of loss or damage. Please refer to the Loss Settlement provisions within **Option E — Scheduled Personal Property.**

THE ABOVE ARE SUBJECT TO ALL POLICY PROVISIONS. IF YOU NEED FURTHER EXPLANATION PLEASE REFER TO YOUR POLICY OR CONTACT YOUR AGENT

| ITEM NO. | CAT. | DESCRIPTION OF PROPERTY COVERED | INSURED AMT. |
|---|---|---|---|
| 1 | J | ONE STRAND CULTURED PEARLS W/14K WH/GLD CLASP | $ 1,500 |
| 2 | J | 14K YG DOUBLE LINK BRACELET | 228 |
| 3 | J | 14K PIERCED DISC WITH NO25 | 76 |
| 4 | J | 14K CIGNET RING | 60 |
| 5 | J | 14K CHARM WITH MENORAH 3 STONES | 151 |
| 6 | J | BIRTHDAY CAKE CHARM | 60 |
| 7 | J | 14K SQUARE CHARM ENGRAVED | 76 |
| 8 | J | 14K CHARM ANTIQUE LOCKET | 75 |
| 9 | J | 1 14K SQUARE CHARM ENG. WED STEVEN KIRSCHBAUM | 31 |
| 10 | J | ROUND ANTIQUE LOCKET | 151 |
| 11 | J | 14KT HEART CHARM | 75 |
| 12 | J | 14K GOLD STORK | 60 |
| 13 | J | 14K DOUBLE LEAF CLOVER CHARM | 114 |
| 14 | J | 14K SQUARE CHARM ENGRAVED NANCY | 99 |
| 15 | J | 2 STRAND CULTERED PEARLS | 1,800 |
| 16 | J | 14K YELLOW GOLD PENDANT 2 ROUND BRILLIANT CUT DIAS | 1,500 |
| 17 | J | 14K YG LADIES WEDDING RING | 1,500 |
| 18 | J | 14K YG RING W/ONE CATS EYE STONE | 500 |
| 19 | J | 14K YG RING W/7 GENUINE GARNETS | 400 |
| 20 | J | PR 14K WHBD EARRINGS 1 PEARL/1 DIA EA ESTIMATE)OPT | 500 |
| 21 | J | 14KT YG CAMEO | 303 |
| 22 | J | 16K YG RING WITH 1 BARDQUE PEARL | 400 |
| 23 | J | 14K YG RING H/1 SMOKEY TOPAZ | 303 |
| 24 | J | 14KT YG CRESCENT SHAPE PIN 3 SMALL ROUND DIAMONDS | 113 |
| 25 | J | 14KT YG LADIES PIN W/ONE OPAL | 121 |
| 26 | J | 14KT YG LOVE KNOT PIN | 114 |
| 27 | S | SERV/12,6PC PL SET-OORHAM CHANTILLY-4SERV PC-FRANI | 3,400 |

TOTAL AMOUNT OF INSURANCE BY CATEGORY

| | | |
|---|---|---|
| A - FINE ARTS | | |
| B - CELLULAR PHONES AND OTHER MOBILE EQUIPMENT | | |
| C - CAMERAS, GUNS, STAMP AND COIN COLLECTIONS | | |
| F - FURS, MUSICAL INSTRUMENTS & PROPERTY NOT OTHERWISE CLASSIFIED | | |
| J - JEWELRY | $ | 10,301 |
| L - COMPUTERS AND OTHER MEDIA EQUIPMENT | | |
| S - SILVERWARE | | 3,400 |
| T - FARM PERSONAL PROPERTY | | |

INSURED'S COPY

CHO G100 EP 5/04

DATE PREPARED: JUN.  9 2006


Safeco Insurance Company of America
Central Region
1605 S. Collins Blvd
Richardson, TX 75081

Mailing Address
P.O. Box 629603
Los Angeles, CA 90060-9603

Phone   (800) 332-3226
Fax     (866) 265-8841

September 22, 2009


Charles & Phyllis Kirschbaum
9612 Honeybell Cir
Boynton Beach, FL 33437-9472

Insured Name:      Charles & Phyllis Kirschbaum
Policy Number:     OF1671204
Loss Date:         October 24, 2005
Claim Number:      372493682007


Dear Mr. and Mrs. Kirschbaum :

Safeco Insurance Company of America would like to thank you for the opportunity to serve you.

You have reported a claim through your public adjuster, Robert Cohen for storm damage related to hurricane Wilma. After receiving notice from your public adjuster noticing that there was damage to your tile roof and various other damages related to interior leaks, Safeco made an in initial Inspection of the tile roof by Raj Rajendrain. who found evidence of prior roof repairs to the ridge and rake tiles. And randomly observed field tile which appeared to be broken due to foot traffic. Since the claim was reported over 3 ½ years after the date of loss, the actual cause and origin was not clear. Our expert with Durable Roofing was of the opinion that the damage was due to foot traffic, your public adjuster had a contrary opinion regarding the cause of the damage.

Safeco Insurance Company of America agreed to bring in a licensed engineer to inspect your roof and damage to determine the cause and origin. I have previously faxed your public adjuster a copy of the Bracken Engineering's report, and I'm attaching a copy of the report for your review and consideration.

After a review of your policy and the facts that have come to our attention, Safeco Insurance Company of America regrets that it is unable to provide payment for damages you have claimed because your policy does not provide coverage for the loss. Our reasons for this denial are as follows:

As you are aware, the claim is alleged to be the result of windstorm from hurricane Wilma. Our investigation reveals that the damages are not the result of wind with the exception of some ridge and hip cap tiles which may have been dislodged by wind to strike field tile in several locations, however this appears to be relatively limited damage. Otherwise the damage found on the roof was not the result of windstorm, but were the results of normal wear and tear, associated with foot traffic, differential expansion/contraction and or construction deficiencies. Furthermore, the interior leaks were not the result of windstorm damage to the roof membrane, but were attributable to deficiencies in the membrane. More Specifically the roof system did not reveal



EXHIBIT

Page 2
Charles & Phylis Kirschbaum
September 22, 2009

damages or repairs to the tile cover within areas where leaks were occurring that would be
consistent with loss of integrity to the underlaying membrane flashing as result of storm damage

I would like to direct your attention to your Homeowner's policy, Form CHO 6033 FP 2:00.
Including the following provisions:

## SECTION I — PROPERTY COVERAGES

### BUILDING PROPERTY LOSSES WE COVER

We cover accidental direct physical loss to property described in **Building Property We Cover**
except as limited or excluded.

### BUILDING PROPERTY LOSSES WE DO NOT COVER

We do not cover loss caused directly or indirectly by any of the following excluded perils. Such
loss is excluded regardless of any other cause or event contributing concurrently or in any
sequence to the loss.

6. a. wear and tear, marring, scratching, deterioration;

b. inherent defect, mechanical breakdown;

c. smog, rust, corrosion, electrolysis, mold, fungus, wet or dry rot;

d. smoke from agricultural smudging or industrial operations;

e. the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, escape,
emission, transmission or absorption of *pollutants* at any time;

f. settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, walls,
floors, roofs, ceilings, swimming pools, hot tubs, spas or chimneys;

g. birds, insects or animals, domestic or not, except for breakage of glass;

h. pressure from or presence of plant roots.

However, we do insure for any resulting loss from items 1. through 6. unless the resulting loss is
itself a Loss Not Insured by this Section

17. **Planning, Construction or Maintenance,** meaning faulty, inadequate or defective:

a. planning, zoning, development, surveying, siting;

b. design, specifications, workmanship, repair, construction, renovation, remodeling, grading,
compaction;

c. materials used in repair, construction, renovation or remodeling; or

d. maintenance;

of property whether on or off the *insured location* by any person or organization. However, any
ensuing loss not excluded is covered.

Page 3
Charles & Phyllis Keschbaum
September 22, 2009

As you can see in the above referenced policy language coverage is not afforded for damages associated with normal wear and tear, deterioration, workmanship/construction and maintenance of your property. The repairs attributable to the windstorm appear to be minimal and well under your deductible. Likewise the other damage to the ridge/hip cap tile is relatively limited and would be under your deductible of $ 3,600.

Based upon our review of Section 3401.1 which applies to roof coverings.
FBC existing 506.1.1 regarding Florida Building Code based upon the 25% Rule, both the previous repairs and additional repairs related to the windstorm damage would be permissible

Please note that I quoted only portions of the policy language and the engineering report This is not a substitute for a complete review of the information provided in both documents

At all times, we strive to fully assess our coverage potential. We are always open to reevaluating our position, should new information come to light. If you have any additional information that you believe will have a material effect on our determination of coverage, please provide that information to us in writing at your earliest opportunity. You should, however, regard this as a denial for payment on the roof and interior damage.

Safeco Insurance Company of America may continue to investigate this claim. However, Safeco Insurance Company of America reserves any all rights and defenses allowed under the policy of Insurance and the law. No action taken by Safeco Insurance Company of America, its employees and /or agents, is intended to be or should be considered to be a waiver of any of These rights or defenses under the policy of insurance or the law.

If you have any further questions regarding this matter, please feel free to contact Safeco

Sincerely

Michael Huffstetter
Central Region
Safeco Insurance Company of America
(800) 332-3226 Fax (888) 268-8840
michuf@safeco.com

ROBERT
COHEN



Safeco Insurance Company of America
Central Region
1620 N. Collins Blvd.
Richardson, TX 75080

Mailing Address:
P.O. Box 61039
Los Angeles, CA 90060-0939

Phone:  (800) 332-3226
Fax:    (888) 268-8847

December 3, 2009

Ligman Martin. P.I.
15715 Dixie Highway Suite 323
Miami, FL 33157

| Insured Name: | Charles & Phyllis Kirschbaum |
|---|---|
| Policy Number: | OF1671204 |
| Loss Date: | October 24, 2005 |
| Claim Number: | 377493682007 |

Dear Mr. Ligman:

This will acknowledge receipt of your letter of October 19, 2009
addressed to Weeks and Callaway Inc. regarding your representation
of Mr. and Mrs. Kirschbaum; and request of a certified copy of the
policy.

I have requested a certified copy of the policy and will forward to you
upon receipt from our service records department.

Your client Mr. and Mrs. Kirschbaum have asserted a claim against Safeco
Insurance Company of America for benefits under Policy No. OF 1671204.
In that claim, Mr. and Mrs. Kirschbaum made claim for damages which are
alleged to have occurred as the result of Hurricane Wilma on October 24, 2005.

Our investigation has determine that with the exception of some minimal damage to the
ridge cap, the roof was not damaged by windstorm as a result of Hurricane
Wilma. This damage is clearly below the insured $ 3,600 deductible. Safeco has
denied the claim, but we have offered to mediate. As of this date, the insured and
public adjuster have not responded to our offer. Obviously, there is a mutual disagreement
regarding damages. Therefore, Safeco Insurance Company of America intent to invoke the
appraisal process as found under the Homeowner's policy, CHO - 6033/EP 2/00, Section 1 –
Property Conditions.

## SECTION I — PROPERTY CONDITIONS

7. **Appraisal.** If you and we do not agree on the amount of the loss, including the amount of
***actual cash value*** or ***replacement cost***, then, on the written demand of either, each shall select
a competent and disinterested appraiser and notify the other of the appraiser selected within 20
days of such demand. The appraisers shall first select a competent and disinterested umpire, and
failing for 15 days to agree upon such umpire, then, on request of you or the company, such



EXHIBIT
C

Page 2
Charles & Phyllis Kirschbaum
December 3, 2009

umpire shall be selected by a judge of a court of record in the state in which the property covered is located. The appraisers shall then resolve the issues surrounding the loss, appraise the loss,

stating separately the *actual cash value* or *replacement cost* of each item, and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two of these three, when filed with the company shall determine the amount of loss.

Each party will

a. pay its own appraiser, and

b. bear the other expenses of the appraisal and umpire equally.

This letter constitute Safeco Insurance Company of America's official written demand for appraisal. We have selected Raj Rajendran to be our appraiser. Mr. Rajendran can be contacted at 561-222-6952. Please have the insured's selected appraiser contact Mr. Rajendran to set up the appraisal process.

Safeco Insurance Company of America may continue to investigate this claim. However, Safeco Insurance Company of America reserves any all rights and defenses allowed under the policy of Insurance and the law. No action taken by Safeco Insurance Company of America, its employees and/or agents, is intended to be or should be considered to be a waiver of any of these rights or defenses under the policy of insurance or the law.

If you have any further questions, please feel free to contact Safeco.

Sincerely,

*Michael Huffstetter*

Michael Huffstetter
Central Region
Safeco Insurance Company of America
(800) 332-3226 Fax (888) 268-8840
michuf@safeco.com

 **Liberty Mutual** Liberty Mutual **Agency Markets**

## Important Claim Information

On September 22, 2008, Liberty Mutual Group acquired Safeco[x] Insurance, which is part of the new Liberty Mutual Agency Markets. Going forward, the new Safeco will offer only personal lines insurance and the Liberty Mutual Agency Markets' regional companies w offer only commercial lines insurance. As part of the transition, personal lines claims will be managed by Safeco and commercial line: claims will be managed by one of the regional companies (see back for regional company operating territories). This new structure w ensure that we continue to provide the quality claims service you have come to expect.

Over the coming months, you will receive important mail, phone calls and other information regarding claims and changes to our operations from both Safeco and the regional company. In addition, if you have an excess liability policy, a monoline umbrella policy, a surety/fidelity bond from Ohio Casualty[™] or a policy with one of Safeco's National Programs, you will receive correspondence with our new marketing brand, Liberty Agency Underwriters[™]. Please read all correspondence carefully as you will not receive duplicate information.

Please call your current claim representative if you have any questions.

Thank you.

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

ELECTRONIC

**MAR. 19, 2010**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

Charles Mirschbaum

**DEFENDANTS**

SAFECO Insurance Company of America

**(b)** County of Residence of First Listed Plaintiff   Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

James C. Ligman, Esquire, Ligman Martin, P.L., Palmetto Bay Centre, 15715 South Dixie Highway, Miami, Florida 33157

Attorneys (If Known)

Lisa M. Bernardini, The Rock Law Group, P.A., 1760 Fennell Street, Maitland, FL 32751, 407-647-8881

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE   ☐ MONROE   ☐ BROWARD   ☑ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE   HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☑ 4  Diversity (Indicate Citizenship of Parties in Item III)

☐ 2  U.S. Government Defendant

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

*10 CV 80406 DTKH / JMY*

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☑ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**   (See instructions second page):

a) Re-filed Case ☐ YES ☑ NO   b) Related Cases ☐ YES ☑ NO

JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 USC 1441 Breach of Contract

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  3/16/10

FOR OFFICE USE ONLY
AMOUNT  350   RECEIPT #  726942